**SO ORDERED.**

Dated: April 21, 2011



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22898

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Scott Douglas Taylor and Tena Roseann Alonzo,<br>Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>  vs.<br><br>Scott Douglas Taylor and Tena Roseann Alonzo,<br>Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-21236-CGC<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

Pursuant to the Order entered on August 17, 2010, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

The Debtors have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. and Wells Fargo Bank, N.A. may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 3740 W. Waltann Lane Phoenix AZ 85053 ("Property" herein) and legally described as:

LOT 113, COURTLAND VILLAGE II, ACCORDING TO BOOK 292 OF MAPS, PAGE 3, RECORDS OF MARICOPA COUNTY, ARIZONA;

EXCEPT ALL COAL, OIL, GAS AND OTHER MINERAL DEPOSITS AS RESERVED TO THE UNTED STATES IN THE PATENTS TO SAID LAND; AND

EXCEPT FROM THAT PART LYING WITHIN G.L.O. LOT 26, SECTION 3, TOWNSHIP 3 NORTH, RANGE 2 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, PURSUANT TO THE PROVISIONS OF THE ACT OF AUGUST 1, 1946 (60 STAT. 755), ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE, AS RESERVED TO THE UNITED STATES IN THE PATENTS OF SAID LAND.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

Exhibit "A"
SO ORDERED.

Dated: August 17, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

---

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22898

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Scott Douglas Taylor and Tena Roseann Alonzo<br>      Debtors.<br>―――――――――――――――――――<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>vs.<br><br>Scott Douglas Taylor and Tena Roseann Alonzo, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-21236-CGC<br><br>Chapter 13<br><br>(Related to Docket #19)<br><br>**ORDER REGARDING<br>MOTION FOR RELIEF** |

      IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Scott Douglas

1

Taylor and Tena Roseann Alonzo, are designated as trustors and Wells Fargo Bank, N.A. is the current beneficiary, which Deed of Trust encumbers the following described real property:

LOT 113, COURTLAND VILLAGE II, ACCORDING TO BOOK 292 OF MAPS, PAGE 3, RECORDS OF MARICOPA COUNTY, ARIZONA;

EXCEPT ALL COAL, OIL, GAS AND OTHER MINERAL DEPOSITS AS RESERVED TO THE UNTED STATES IN THE PATENTS TO SAID LAND; AND

EXCEPT FROM THAT PART LYING WITHIN G.L.O. LOT 26, SECTION 3, TOWNSHIP 3 NORTH, RANGE 2 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, PURSUANT TO THE PROVISIONS OF THE ACT OF AUGUST 1, 1946 (60 STAT. 755), ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE, AS RESERVED TO THE UNITED STATES IN THE PATENTS OF SAID LAND.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 4 Monthly Payments(s) at $1,081.37 | $4,325.48 |
| (May 1, 2010 - August 1, 2010) | |
| 4 Late Charge(s) at $43.25 | $173.00 |
| (May 1, 2010 - August 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Total | $5,448.48 |

1. The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $ 908.08 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the August 15, 2010 payment and continuing throughout and concluding on or before December 15, 2010. The sixth final payment in the amount of $ 908.08 shall be paid on or before January 15, 2011.

2. In addition to the payment listed in Paragraph 1, the Debtors, will make the regular post-petition payment due for September 1, 2010, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that Wells Fargo Bank, N.A. as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this ORDER are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:09-bk-21236-CGC is dismissed, either voluntary or involuntary, for any reason, this ORDER will become null and void and Wells Fargo Bank, N.A., and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

# Notice Recipients

District/Off: 0970–2 | User: learys | Date Created: 8/18/2010
Case: 2:09–bk–21236–CGC | Form ID: pdf004 | Total: 7

**Recipients of Notice of Electronic Filing:**
tr     RUSSELL BROWN
aty    AMANDA ELIZABETH NELSON    amandan@phillipslaw.ws
aty    MARK 2 BOSCO    ecf@tblaw.com
aty    ROBERT 4 BEUCLER    robertb@phillipslaw.ws
aty    ROBERT R. TEAGUE    robertt@phillipslaw.ws

                     TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     SCOTT DOUGLAS TAYLOR    3740 W. WALTANN LN    PHOENIX, AZ 85053
jdb    TENA ROSEANN ALONZO    3740 W. WALTANN LN    PHOENIX, AZ 85053

                     TOTAL: 2

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

SCOTT DOUGLAS TAYLOR
3740 W. WALTANN LN
PHOENIX, AZ 85053
**SSAN:** xxx−xx−5117
**EIN:**

TENA ROSEANN ALONZO
aka TENA ROSEANN MILLS ALONZO
aka TENA M ALONZO
3740 W. WALTANN LN
PHOENIX, AZ 85053
**SSAN:** xxx−xx−1838
**EIN:**

Debtor(s)

Case No.: 2:09−bk−21236−CGC

Chapter: 13

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on August 18, 2010, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: August 18, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: learys | Date Created: 8/18/2010 |
| Case: 2:09–bk–21236–CGC | Form ID: ntcntry | Total: 7 |

**Recipients of Notice of Electronic Filing:**
tr        RUSSELL BROWN
aty      AMANDA ELIZABETH NELSON     amandan@phillipslaw.ws
aty      MARK 2 BOSCO     ecf@tblaw.com
aty      ROBERT 4 BEUCLER     robertb@phillipslaw.ws
aty      ROBERT R. TEAGUE     robertt@phillipslaw.ws

                                                                                          TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      SCOTT DOUGLAS TAYLOR     3740 W. WALTANN LN     PHOENIX, AZ 85053
jdb     TENA ROSEANN ALONZO     3740 W. WALTANN LN     PHOENIX, AZ 85053

                                                                                          TOTAL: 2

**EXHIBIT B**

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22898

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-21236-CGC |
| Scott Douglas Taylor and Tena Roseann Alonzo, Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A. | NOTICE OF DEFAULT |
| Movant, vs. | RE: Real Property Located at 3740 W. Waltann Lane Phoenix, AZ 85053 |
| Scott Douglas Taylor and Tena Roseann Alonzo, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

  Wells Fargo Bank, N.A. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

  1. An Order was entered on August 17, 2010 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

> LOT 113, COURTLAND VILLAGE II, ACCORDING TO BOOK 292 OF MAPS, PAGE 3, RECORDS OF MARICOPA COUNTY, ARIZONA;
>
> EXCEPT ALL COAL, OIL, GAS AND OTHER MINERAL DEPOSITS AS RESERVED TO THE UNTED STATES IN THE PATENTS TO SAID LAND; AND
>
> EXCEPT FROM THAT PART LYING WITHIN G.L.O. LOT 26, SECTION 3, TOWNSHIP 3 NORTH, RANGE 2 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, PURSUANT TO THE PROVISIONS OF THE ACT OF AUGUST 1, 1946 (60 STAT. 755), ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE, AS RESERVED TO THE UNITED STATES IN THE PATENTS OF SAID LAND.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 2 Monthly Payments(s) at $1,068.29 | $2,136.58 |
| (March 1, 2011 – April 1, 2011) | |
| 1 Late Charge(s) at $42.73 | $42.73 |
| (March 15, 2011 – March 15, 2011) | |
| Attorneys Fees | $150.00 |
| Total | $2,329.31 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting

the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 4th day of April, 2011.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ LJM # 014228
                                    Mark S. Bosco
                                    Leonard J. McDonald
                                    2525 East Camelback Road
                                    Suite 300
                                    Phoenix, Arizona 850165
                                    Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.